■ In the Matter of GEORGE BURNS, Appellant, v LAURIE CRAVEN, Respondent. [596 NYS2d 274] —Order unanimously reversed on the law with costs and petition reinstated. Memorandum: Family Court erred in dismissing the paternity peti-

tion on the basis of the results of the blood grouping test without conducting a trial. Family Court Act § 531 provides for a trial by the court in a paternity proceeding. Family Court Act § 532 provides that the results of a blood grouping test may be received in evidence. There is no provision for the dismissal of a paternity proceeding based on the results of a blood grouping test until after the results are received into evidence at a trial. Thus, the matter should proceed to trial so that petitioner can present his evidence, including any evidence relating to estoppel. (Appeal from Order of Monroe County Family Court, Sciolino, J.—Paternity.) Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.